UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN BREWER, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 3:18-CV-1018-B |
| | § | |
| UNITED STATES DEPARTMENT | § | |
| OF JUSTICE, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant National Personnel Records Center's Motion to Substitute Defendant and Brief in Support*, filed June 6, 2018 (doc. 13), is **DENIED**.

SIGNED this 18th day of December, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE