UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN BREWER, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 3:18-CV-1018-B |
| | § | |
| UNITED STATES DEPARTMENT | § | |
| OF JUSTICE, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Defendants' Motion for Summary Judgment*, filed December 20, 2018 (doc. 43) is **GRANTED**, and the *Plaintiff's Combined Cross-Motion for Partial Summary Judgement and Opposition to the Defendants' Motion for Summary Judgement*, filed February 6, 2019 (doc. 49) is **DENIED**. By separate judgment, all of the plaintiff's claims will be **DISMISSED with prejudice**.

**SIGNED this 21ˢᵗ day of August, 2019.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE